IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JENNA MARIE HAWKINS,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PEDERSON,<br><br>Defendant. | CV 22–41–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 8.) The parties stipulate that this case should be dismissed with prejudice as fully settled on the merits, with each party to bear its own costs and attorneys' fees. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 11th day of May, 2022.

_____
Dana L. Christensen, District Judge
United States District Court